RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 0 3 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

ROBERT L. JACKSON
(Print your full name)

Plaintiff *pro se*,

v.

ARAMARK LAKEWOOD AMPHITEATER

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:15-CV-0978**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute. AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 AS AMENDED

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

✓     Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____     Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____     Other (describe) _____
       __VIET-NAM Era Reajustment Act_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Robert Jackson

   Address   830 Crew St. S.W. Apt 406 Atl. Ga. 30315

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Aramaric Lakewood Amphitheater

   Address   2202 Lakewood Way S.W

   Name      _____

   Address   _____

   Name      _____

   Address   _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   Braves Stadium Turner Field Employment Hall

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Robert L. Jackson<br>830 Crew St., Apt. 406<br>Atlanta, GA 30315 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| 410-2015-02911 | Jane Suk,<br>Investigator | | (404) 562-6827 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Bernice Williams-Kimbrough,**
**District Director**

**MAR 2 5 2015**
*(Date Mailed)*

Enclosures(s)

cc: **Lynn McKee**
**EVP of Human Resources**
**1101 MARKET STREET**
**Philadelphia, PA 19107**
Ph # 215 524 0600
Civil Rights Attorneys

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2015-02911 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Robert L. Jackson | (404) 565-2770 | 05-15-1945 |

| Street Address | City, State and ZIP Code |
|---|---|
| 830 Crew St., Apt. 406 | Atlanta, GA 30315 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ARAMARK LAKEWOOD AMPHITHEATER | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2002 Lakewood Way S.W., | Atlanta, GA 30315 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-17-2015    Latest: 03-17-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On March 17, 2015, I filled out an employment application with the above-named employer. Prior to me filling out my application, I was asked if I was a student and if I have previously worked for the company. I was rushed to fill out the application because I was not allowed to use the restroom. On the application, I marked that I was a military veteran who served during the Vietnam War. On March 19, 2015, I found out that I was not selected.

II. I believe that I have been discriminated against because of my age (69), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 23, 2015
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

MAR 23 2015

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
EEOC-ATDO

6. When did the alleged discrimination occur? (State date or time period)

    ON MARCH 17 2015
    10 AM (Appox)

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: MARCH 25 2015

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ✓ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

Page 4 of 9

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

\_\_\_\_\_ Yes        \_\_\_\_\_ No        \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

N/A

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

\_\_\_\_\_ Yes        \_\_\_\_\_ No        \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

N/A

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    - [✓] failure to hire me
    - [ ] failure to promote me
    - [ ] demotion
    - [✓] reduction in my wages
    - [✓] working under terms and conditions of employment that differed from similarly situated employees
    - [✓] harassment
    - [ ] retaliation
    - [ ] termination of my employment
    - [ ] failure to accommodate my disability
    - [ ] other (please specify) UNABLE to USE REST ROOM While filling out Application OR take Application Home

13. I believe that I was discriminated against because of (check only those that apply):

    - [ ] my race or color, which is _____
    - [ ] my religion, which is _____
    - [ ] my sex (gender), which is ___ male ___ female
    - [ ] my national origin, which is _____
    - [✓] my age (my date of birth is _____)
    - [ ] my disability or perceived disability, which is: _____

    - [?] my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    - [ ] other (please specify) PROBLEMATIC PAST EEOC CHARGES FILED AGAINST ATlanta BRAVES

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(1)

(A) ON MARCH 17 AT APPOX 10 AM I WENT to TURNER field after being told by SECURITY Guard that they WERE accepting Applications BEFORE I WAS given Application I WAS AskED WAS I A StudENT I Notice Another group of people (young people seated In the MAIN Hall WHile filling out Application I was told I Could NOT take Application off property Note! I did not have all the Information BECause I WAS on My WAy to Vote oN the City Infrastructul Bill 17 MARch) I ask THE SECURITY Guard to USE REST ROOM (I WAS In A flight) SHE stated she was Instructed NOT to Let US USE REST ROOM (2 TIMES) I Rush through Application and GAVE Application to SECURITY Guard SEE Attached (4) pages for Complete Details as GIVEN

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

to EEOC

②

B) Made It back to Apartments about 2 Blocks from Turner Field told Neighbors About Not Being allowed to use Rest Room Like Younger Students (Applicants)

C) Called Mr. Laurence Knight Investigator for EEOC AT (4) 562 6845 and told him About Incident of Not being Able to use Rest Room and Not being Able to Complete Application

D) He Told Me I Need More Information to Go Back and Be Like Columbo Not Perry Mason

E) I went Back on the 19th of March AT Appox 11 AM (Changing My New York Cap to A Braves Cap and Red Shirt) I ask Security Guard by the Name of Janise about Completing Application. She told Me to Call (4) 614 2401. Human Resources Call 2 Times No Return Calls

(3)

(F) Another Young Employee came in with me and they told him they were having Orientation one at present and one would be held at 5 PM for old Employees and one at 6 PM for new Employees (the one's that got the phone call.
Note:- Telephone Mr. Knight Investigtor for EEOC About all Aspects of Application Process Veteran Preferent Vietnam era Readjust act being part of Application (I'm a Vietnam era Vetern

(G) He told me to come on down and file a charge
① That the Company Aramark Inc. Sports and Entertainment Lakewood Amphitheote is in violation of the Vietnam era veterans Readjustment act

C   (H)   (4)

Is ~~In~~ Violation of the Age Discrimination In Employment Act of 1967
By not allowing me to use the Rest Room as they did for younger Applicants In order to complete Application In a Non discrimintory Enviroment...

[signature]

C

NOTE: NO posting as Required by Dept of Labor Rights under Equal Employment Rights

Hiring Hall ↓

[Rest Room]
White | Colored

Pre Civil Rights Era

[Rest Rooms] "Senior Citizens" old Bushes
Young

New Era
Are we going Some where else?

It appears they are Looking for younger Employees by Asking "~~Are~~ you Students"? and treatment of Older Applicants

EEOC took 2 or 3 days to ~~many~~ give me a "Right to Sue" Letter Usual some Lawers say.

(1)

March 17 2015

On March 17, 2015 at appox 10AM I went to the Braves stadium at Turner Field after being informed by a security guard (Braves Security) that ARAMARK sports Entertainmet was accepting applications. He also gave me the phone number to Security Control # (4) 614 2390 to get more information. I was on my way to vote on the City Infrastructure Bill

I went through the double doors and asked the security guard about applying for a job she got on the radio and a white female came to her location the white female got on the radio and a white young male came to the location He asked me and another Black male what position are you applieing for and I told him any position He then asked are you students? Have you work here before? He then went a got two

(2)

Applications for ARAMARK Employment. We were told we could not take the Applications off the premises and that we had to fill them out then and there while filling out the Application I notice another group of people were seated in the Main Hall (young students filling out Applications. While filling out the Application I asked the Security Guard to use the Rest Room she stated she was instructed not to let us use the Rest Room at all (I ask two times) Not being able to use the Rest Room (I was in a Tight) I Rush through the application filling in A much information as possible
(A) Gave Application to Security Guard
(B) Left tried to Make It back to My Apartment to Relieve Myself

(3)

Ⓓ Made it back to Apartments (About 2 Blocks from Turner Field) told Neighbors About not being allowed to use Rest Room Like younger students were allowed.

Ⓔ Called Mr. Laurence Knight Investigator for EEOC at (4) 562 6845 and told him About Incident of not being able to use Rest Room and not be able to Complete Application

Ⓕ He told me I needed more information and to go back and Be Like Columbo not Perry Mason

Ⓖ I went back on the 19th March at 11 AM and asked Security officer by the name of Janise about Completing Application (Left out information, Dates of Employment, addresses, Telephone Numbers She told me to Call (4) 614 2401 Human Resources (No Return Calls

(4)

Another young employee came in with me and they told him they were having an orientation at present and another one would be held at 5PM for old employees and one at 6PM for new employees. (The one's that got a phone call.

It is my contentions

① THAT the Company ARAMARK. INC is in violation of the Vietnam Era Veterans Readjustment Act of 1990 (ADA.

part of application →

② That the Company ARAMARK Inc Sports & Entertainment Lakewood Amphitheate ph # (4) 687 9522 and 4 622 7794 is in violation of the Age Discrimination In Employment Act (ADEA) By not allowing me to use the Rest Room as they did for younger Employee's In order to complete the Application process in a nondiscrmintory Enviroment.....

← OVER

## ADVERTISING PROHIBITIONS

The ADEA specifically prohibits employers from printing, publishing any job advertisement or notice that expresses a preference or limitation base on age. Terms such as "college student", "young" or "recent college graduate" all fall afoul of this rule. Job notice seeking applicants of a particular age are all illegal.

15. Plaintiff  __N/A__  still works for defendant(s)
              __N/A__  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ____ Yes  ____ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?  __✓__ Yes  ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____  Defendant(s) be directed to ___Injuntive Relief___

____  Money damages (list amounts) ___As Much As the Law Allows___

__✓__  Costs and fees involved in litigating this case

__✓__  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __2__ day of __MARCH__, 201_5_

_____
(Signature of plaintiff *pro se*)

__Robert Jackson__
(Printed name of plaintiff *pro se*)

__830 CREW ST SW APT 406__
(street address)

__Atlanta Georgia 30315__
(City, State, and zip code)

_____
(email address)

__(4) 565 2770    Cell (4) 274 4386__
(telephone number)

RE-1

LEGEND: Insert N/A to the items below which are not applicable

## PERSONAL DATA

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3 a. GRADE, RATE OR RANK | b. DATE OF RANK (Day, Month, Year) |
|---|---|---|---|
| JACKSON, Robert Lee | RA 14 837 261 | SP4 E4 (T) | 25 Jul 64 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5. PLACE OF BIRTH (City and State or Country) | 6. DATE OF BIRTH | DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| ARMY-RA | Philadelphia, Pa. | | 15 | May | 45 |

| 7 a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8 U.S. CITIZEN | 9 MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| 1 | Male | Black | Brown | 71" | 162 | ☒ YES ☐ NO | Single |

| 10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| 12 Yrs | General |

## TRANSFER OR DISCHARGE DATA

| 11 a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED | | | |
|---|---|---|---|---|
| Discharge | Camp Howze, APO 24 | | | |
| c. REASON AND AUTHORITY | | d. EFFECTIVE DATE | DAY | MONTH | YEAR |
| Par 3 AR 635-205 SPN 313 | | | 31 | Aug | 64 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13 a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| HHC 1st Bn 7th Cav, APO 24 | Honorable | DD Form 256-A |

## SELECTIVE SERVICE DATA

| 14. SELECTIVE SERVICE NUMBER | 15 SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED | DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| N/A | N/A | | | N/A | |

17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED

| 18 TERMINAL DATE OF RESERVE OBLIGATION | 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|
| DAY MONTH YEAR | a. SOURCE OF ENTRY | | DAY MONTH YEAR |
| N/A | ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: | 3 | 11 Jul 63 |

| 20 PRIOR REGULAR ENLISTMENTS | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | 22 PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| None | E-1 | Atlanta, Ga. |

## SERVICE DATA

| 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State) | 24. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| Rt 1 Box 129 Leslie (Sumter) Georgia | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 01 | 01 | 21 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| 25 a. SPECIALTY NUMBER AND TITLE | (3) TOTAL (Line (1) + line (2)) | 01 | 01 | 21 |
| 131.10 Armor Crewman | b. TOTAL ACTIVE SERVICE | 01 | 01 | 21 |
| b. RELATED CIVILIAN OCCUPATION AND D O T NUMBER: N/A | c. FOREIGN AND/OR SEA SERVICE  EUSA | 00 | 07 | 20 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Sharpshooter(M-1 Rifle);

27 WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known)

N/A

| 28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED | | | 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|---|
| SCHOOL OR COURSE a | DATES (From - To) b | MAJOR COURSES c | |
| N/A | N/A | N/A | ATP21-114 |

## VA DATA

| 30 a. GOVERNMENT LIFE INSURANCE IN FORCE ☐ YES ☒ NO | b AMOUNT OF ALLOTMENT N/A | c. MONTH ALLOTMENT DISCONTINUED N/A |
|---|---|---|
| 31 a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) N/A | | b. VA CLAIM NUMBER c. N/A |

## AUTHENTICATION

32. REMARKS

Blood Group: "AB"
SSAN: 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
Lump sum payment made for 0 days accrued leave.
Item 3a-PFC E3 (P)-1 Apr 64

| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State) | 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| Same as Item #23. | Robert Lee Jackson |
| 35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| LYNN W HILL 2nd Lt, AGC | Lynn W Hill |

DD FORM 1 NOV 55 214   REPLACES EDITION OF 1 JUL 52 WHICH IS OBSOLETE   ARMED FORCES REPORT OF UNITED STATES DISCHARGE

2